UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 07-1478-CJC  
        SACR 98-0166-CJC

Date: April 15, 2008

Title: UNITED STATES OF AMERICA v. CRUZ INIGUEZ

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (filed 12/12/07)**

Defendant's motion to vacate, set aside or correct sentence is DENIED. For substantially the same reasons as stated by the Government in its response filed April 14, 2008, Defendant has not established that his counsel's representation was deficient and that he was prejudiced by that representation.

/lcs

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk __MU__